# RETURN OF SERVICE

C-00-21.

Service of the Summons and Complaint was made by me[1]

DATE: Jan 19th, 2000

NAME OF SERVER (PRINT): Rey Oropez

TITLE: Civil Process Server

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: 1201 Leopard

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Jan 19th, 2000
Date

Signature of Server: Rey Oropez

Address of Server: 1206 Coppedge C.C. TX 78414

United States District Court
Southern District of Texas
FILED

JAN 21 2000

Michael N. Milby, Clerk

3.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CHRISTOPHER E.P., b/n/f
ROSE V.

**SUMMONS IN A CIVIL CASE**

V.

CORPUS CHRISTI INDEPENDENT
SCHOOL DISTRICT and
CITY OF CORPUS CHRISTI, TEXAS

CASE NUMBER: C-00-021

TO: (Name and address of defendant)

MR. ARMANDO CHAPA
CITY SECRETARY
1201 LEOPARD STREET
CORPUS CHRISTI, TEXAS  78401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LES CASSIDY
500 N. WATER STREET, SUITE 1020 NORTH
CORPUS CHRISTI, TEXAS  78471

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

DATE 1/14/00

CLERK

(BY) DEPUTY CLERK