**AO 440 (Rev. 10/93) Summons In a Civil Action**

# United States District Court

## DISTRICT OF

CHRISTOPHER E.P., b/n/f
ROSE V.

**SUMMONS IN A CIVIL CASE**

V.

CORPUS CHRISTI INDEPENDENT
SCHOOL DISTRICT and
CITY OF CORPUS CHRISTI, TEXAS

CASE NUMBER: **C-00-021**

TO: (Name and address of defendant)

DR. ABELARDO SAAVEDRA
SUPERINTENDENT
801 LEOPARD STREET
P.O. BOX 110
CORPUS CHRISTI, TEXAS  78403-0110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LES CASSIDY
500 N. WATER STREET
SUITE 1020 NORTH
CORPUS CHRISTI, TEXAS  78471

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

_____
CLERK

_1/14/00_
DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE    C-00-21

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Jan 19, 2000 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Rey Droper | Civil Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 801 Leopard

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other *(specify):* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 19, 2000
            *Date*

*Signature of Server*    Rey Droper

6206 Coppedge  C.C.TY 78414
*Address of Server*

United States District Court
Southern District of Texas
FILED

JAN 21 2000

4.  Michael N. Milby, Clerk

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com