United States District Court
Southern District of Texas
FILED

JAN 27 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. P., bnf, | § | |
| ROSE V. | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-021 |
| | § | JURY |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
|     Defendants | § | |

### **PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

    COMES NOW Christopher E.P., b/n/f Rose V., Plaintiff, and Certifies that the following are believed to be interested parties in this litigation:

1.     Christopher E.P., b/n/f Rose V., Plaintiff

    5902 Ayers #221

    Corpus Christi, Texas  78415

    361-854-7000


2.     Corpus Christi Independent School District, Defendant

    801 Leopard Street

    P.O. Box 110

    Corpus Christi, Texas  78401-0110

    361-886-9002

3. City of Corpus Christi, Texas

   1201 Leopard Street

   Corpus Christi, Texas 78401

   361-880-3105

Plaintiff agrees to supplement this disclosure if further information is obtained as requested by the Court.

Respectfully submitted,

_____
Les Cassidy
1020 Bank of America North
500 N. Water Street
Corpus Christi, Texas 78471
361-887-2965
361-887-6521

State Bar No. 03979270
Federal I.D. No. 5931
Attorney in Charge for Plaintiff