IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § § | |
| V. | § § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT AND CITY OF COPRUS CHRISTI, TEXAS | § § § | |

**DEFENDANT, CORPUS CHRISTI INDEPENDENT
SCHOOL DISTRICT'S, ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW, Defendant Corpus Christi Independent School District ("District"), and files this Original Answer to the Plaintiff's Original Complaint, as follows:

**I.**

The District offers its responses to the specific allegations made in the Plaintiff's Original Complaint on a paragraph-by-paragraph basis, as follows:

**Parties to the Action**

1. The District admits the allegations contained in this paragraph.

2. The District admits the allegations contained in this paragraph.

3. The District admits the allegations contained in this paragraph.

**II.**

**Jurisdiction**

4. The District denies that this cause of action invokes the jurisdiction of 20 U.S.C. § 1415 (I.D.E.A.), 29 U.S.C. § 794a (the Rehabilitation Act of 1973), or 42 U.S.C. § 12132 (ADA).

1

6.

## III.

## Venue

5.  The Districts admits the allegations contained in this paragraph.

## IV.

## Administrative Prerequisites

6.  The District agrees that Plaintiff filed for a Special Education Due Process Hearing. The District agrees that the Special Education Hearing Officer correctly determined that the Individuals With Disabilities Education Act did not confer jurisdiction on Plaintiff's complaint. The District denies the other allegations contained in this paragraph.

## V.

## Failure to Provide Special Education Services

7.  The District admits that the Latchkey Program is part of the Parks and Recreation Department of the City of Corpus Christi. The District denies all the other allegations contained in this paragraph.

8.  The District denies the allegations contained in this paragraph.

9.  The District denies the allegations contained in this paragraph.

## VI.

The District denies that the Plaintiff is entitled to any of the relief set forth in the prayer.

WHEREFORE, PREMISES CONSIDERED, the District respectfully prays that this Court render a judgment in favor of the Defendant, Corpus Christi Independent School District, on all claims asserted and further, deny the Plaintiff any reimbursement for attorney's fees and costs and order such other relief as this Court deems just and proper.

2

Respectfully submitted,

CORPUS CHRISTI INDEPENDENT
SCHOOL DISTRICT
P. O. Box 110
Corpus Christi, Texas 78403
TELEPHONE: (361) 886-9067
FACSIMILE:   (361) 844-0283

BY: _____
LINDA FLORES RESENDEZ
Federal Bar No. 12591
State Bar No. 07164490
ATTORNEY FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2000, a true and correct copy of the above and foregoing pleading was served to the following:

Mr. Les Cassidy  
Woolsey & Cassidy  
1020 Bank of America Center North  
500 North Water Street  
Corpus Christi, Texas 78471  
Telephone: 361/887-2965  
Facsimile:  361887-6521

U. S. Mail  
**Return Receipt Requested**  
Receipt No. 391 242 099

_____
Linda Flores Resendez

3