United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

9.

Christopher E.P., b/n/f Rose V.        §

VS.                                    §    CIVIL ACTION NO.  C-00-21

Corpus Christi Independent School District    §

ORDER STRIKING PLEADING (S)

The clerk has filed your "Disclosure of Interested Parties By Defendant the City of Corpus Christi";

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed.  (L.R.2.C)

2. ___ Pleading is not in compliance with L.R.2.C.1. (a) thru (e)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4.  X  No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __2-8-00__

re: D.E. #8/dp

_____
JUDGE PRESIDING