IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 6 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| CHRISTOPHER E. P., b/n/f ROSE V. § <br> Plaintiff § <br> § <br> VS. § <br> § <br> CORPUS CHRISTI INDEPENDENT § <br> SCHOOL DISTRICT, ET AT. § <br> Defendants § | Civil Action No. C-00-021 <br> Jury |

## PLAINTIFF'S INITIAL DISCLOSURES

TO: DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT BY AND THROUGH ITS ATTORNEY OF RECORD LINDA FLORES RESENDEZ, 801 LEOPARD ST., P.O. BOX 110, CORPUS CHRISTI, TEXAS 78401 AND DEFENDANT CITY OF CORPUS CHRISTI, TEXAS BY AND THROUGH ITS ATTORNEY OF RECORD ANDREW L. QUITTNER, ASSISTANT CITY ATTORNEY, P.O. BOX 9277, CORPUS CHRISTI, TEXAS 78471

In accordance with Fed. R. Civ. P. 26(a)(1), Christopher E.P. b/n/f Rose V., Plaintiff, serves the following information:

1. The name, and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subject of the information:

   a. Rose V.
      5902 Ayers #221
      Corpus Christi, TX 78415

Rose V. is Plaintiff's mother and will testify as to her son's disability as well as her efforts to obtain an instructional aide for the after-school child-care program operated by **Defendants**.

      b.    **Les Cassidy**
            **500 N. Water St.**
            **1020 Bank of America Center North**
            **Corpus Christi, Texas 78471**
            **(361) 887-2965**

      c.    **Thomas E. Baker, Jr.**
            **500 N. Water St.**
            **1020 Bank of America Center North**
            **Corpus Christi, Texas 78471**
            **(361) 887-2965**

Mr. Cassidy and Mr. Baker will testify regarding reasonable and necessary attorney's fees incurred in this action.

    2.    Copies of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody or control of this Plaintiff that are relevant to disputed facts alleged with particularity in the pleadings are enclosed and are described as follows:

      a.    **Copies of the documents related to Plaintiff's administrative claim for a special education due process hearing brought pursuant to the Individuals with Disabilities in Education Act.**

    3.    Computations of any category of damages claimed by Plaintiff, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

      a.    **Plaintiff has incurred economic damages as a result of out of pocket costs related to private after school care made necessary because Defendants have failed to provide such after school care. Plaintiff anticipates providing records of those expenses**

**shortly.**

4. Any insurance agreements under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

a. **Not Applicable.**

5. There is no duty to disclose privileged documents. Privileged documents or information shall be identified and the basis of the claimed privilege shall be disclosed:

a. **Plaintiff asserts the right not to disclose documents which are privileged and exempt from discovery pursuant to the attorney-client privilege, work product privileges, Fed. R. Civ. P. 26, purely consulting expert privileges Fed. R. Civ. P. 26, party communication, Fed. R. Civ. P. 26, witness statement privileges, Fed. R. Civ. P. 26. These documents include, without limitation, all correspondence and records of communications between Plaintiff and his attorneys.**

Respectfully submitted,

_____
Les Cassidy
500 N. Water St.
1020 Bank of America Center North
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No. 03979270
Federal I.D. No. 5931

**Attorney in Charge for Plaintiff**

A:\CHRISTOPHRP.INITIALDISCLOSURES.WPD

*Plaintiff's Initial Disclosures - Page 3*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded February 16, 2000, by fax and regular mail to:

Andrew L. Quittner                880-3239 fax
Assistant City Attorney
P.O. Box 9277
Corpus Christi, Texas 78471

Linda Flores-Resendez             844-0283 fax
801 Leopard St.
P.O. Box 110
Corpus Christi, Texas 78401

_____
Les Cassidy