FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 16 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f ROSE V.<br>       Plaintiff<br><br>vs.<br><br>CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT AN CITY OF CORPUS CHRISTI, TEXAS | § § § § § § § § § § | CIVIL ACTION NO: C-00-021 |

### DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT THE CITY OF CORPUS CHRISTI

The City of Corpus Christi, one of the Defendants in the above styled and numbered cause files this Disclosure of Interested Parties:

The only interested party for Defendant City of Corpus Christi, is the City itself, including all those persons with decision making authority for the City.

Respectfully submitted,

JAMES R. BRAY, JR
CITY ATTORNEY

By: _____
Andrew L. Quittner
Assistant City Attorney
Texas Bar No. 16439975
S.D. Texas No.: 17001

City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Telephone: (361) 880-3360
Facsimile: (361) 880-3239

ATTORNEY FOR DEFENDANT
CITY OF CORPUS CHRISTI

H:\LEG-DIR\NOEMI\ANDY\4452ROSE\4452QU05.PLD

13.

## CERTIFICATE OF SERVICE

I hereby certify that on **February 14, 2000**, a true and correct copy of the above and foregoing document was served on the following by the method indicated:

**BY U.S. MAIL:**

Mr. Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center
500 N. Water Street
Corpus Christi, Texas 78471

Ms. Linda Flores Resendez
Assistant Staff Attorney
Corpus Christi Independent School District
P.O. Box 110
Corpus Christi, Texas 78401

_____
Andrew L. Quittner
Assistant City Attorney