# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** ERIK HANSEN

**U.S.C.S.O.:** BETTY AMERSON

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas

FEB 2 2 2000

MICHAEL N. MILBY
CLERK

14.

**DATE:** FEBRUARY 22, 2000   **OPEN:** 1:28 pm   **ADJOURN:** 1:54 pm

**TAPE:** #3, 4

**CIVIL ACTION NUMBER:** C-00-21

CHRISTOPHER E.P., ANF ROSE V.   **COUNSEL:** LESLIE CASSIDY / TOM BAKER

VS.

CCISD   **COUNSEL:** LINDA FLORES-RESENDEZ

CITY OF C.C.   ANDREW QUITTNER

(✓) IPTC:

Case called. Appearances are made. Discussion of case matters. Court signs scheduling order. Court refers the parties to mediation. Court signs a general order. Discussion of discovery issues.

Adjourn