IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER E.P. b/n/f ROSE V. | § § § |
| V. | §   C.A. NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT, et al | § § § |

### ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 22 day of February, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE