IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 22 2000

Michael N. Milby, Clerk

| | |
|---|---|
| CHRISTOPHER E.P., b/n/f § | |
| ROSE V. § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL ACTION NO: C-00-021 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AN CITY OF § | |
| CORPUS CHRISTI, TEXAS § | |

## DEFENDANT CITY OF CORPUS CHRISTI'S
## RULE 26 DISCLOSURES

The City of Corpus Christi, one of the Defendants herein, files these initial disclosures pursuant to Rule 26, Federal Rules of Civil Procedure:

A. Identification of persons with knowledge of relevant facts

The following persons have knowledge of relevant facts:

   Linda Hodges

   Dan Whitworth

These persons are employees of the City of Corpus Christi, Parks and Recreation Department, P.O. Box 9277, 1201 Leopard Street, Corpus Christi, Texas 78469-9277.

B. Description of documents of relevant documents:

This case involves little or no factual issues; therefore there are few relevant documents. The following documents may be of importance, pending resolution of preliminary legal issues:

   1. Description of the Latch-Key program provided to parents of children who desire to attend the program.

H:\LEG-DIR\NOEMI\ANDY\4452ROSE\4452QU09.PLD

19.

2. Copies of the interlocal agreement between the City of Corpus Christi and the Corpus Christi Independent School District concerning the use of facilities for the Latch Key Program.

3. Copy of the Administrative decision concerning Plaintiff's request to enter the Latch Key program.

4. Copies of applications to the Latch Key program filed by Plaintiff.

C. As Defendant, there are no damage calculations to provide.

D. The City of Corpus Christi is self insured; therefore there are no documents to be disclosed concerning insurance coverage.

Respectfully submitted,
**JAMES R. BRAY, JR**
**CITY ATTORNEY**

*/s/ Andrew Quittner*

Andrew L. Quittner
Assistant City Attorney
Texas Bar No. 16439975
S.D. Texas No.: 17001

City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Telephone: (361) 880-3360
Facsimile: (361) 880-3239

**ATTORNEY FOR DEFENDANT**
**CITY OF CORPUS CHRISTI**

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2000, a true and correct copy of the above and foregoing document was served on the following by the method indicated:

**BY HAND DELIVERY:**

Mr. Les Cassidy
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471

Ms. Linda Flores-Resendez
801 Leopard Street
P.O. Box 110
Corpus Christi, Texas 78401

                                               Andrew L. Quittner
                                               Assistant City Attorney