# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 14 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| Christopher E. P., bnf Rose V. | **NOTICE** |
| V. | |
| Corpus Christi I. S. D., et al | CASE NUMBER: C-00-21 |

**TYPE OF CASE:**   __X__ CIVIL   ____ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

### JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas  78401

On    Friday, July 28, 2000             at             1:30 p.m.

## PURPOSE OF PROCEEDING:

___ Initial Pretrial Conference                            __X__ Motion Hearing
   Note: Client(s) are not required to appear               (For Leave to Amend Complaint)

___ Jury Selection and Trial                               ___ Show Cause Hearing

___ Re-Arraignment                                         ___ Sentencing

___ Other:_____                          ___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Myra Orta Alfano                               July 14, 2000

cc:  Leslie D. Cassidy
     Linda Flores-Resendez
     Andrew L. Quittner