United States District Court
Southern District of Texas
FILED

JUL 19 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f ROSE V. | § § § | |
| Plaintiff | § § | |
| vs. | § | CIVIL ACTION NO: C-00-021 |
| | § § | |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT AN CITY OF CORPUS CHRISTI, TEXAS | § § § § | |

**MOTION TO SUBSTITUTE ATTORNEY FOR JULY28TH
HEARING ON PLAINTIFF'S MOTION FOR LEAVE**

Defendant, City of Corpus Christi, files this Motion requesting that the Court allow Ms. Carol Bray to attend the July 28th hearing in place of lead counsel for the City. In support of this Motion, the City shows as follows:

1. On July 18, 2000, the undersigned received a Notice of Hearing setting a hearing on Plaintiff's Motion for Leave to file an Amended Complaint. At that time, the undersigned counsel had already made plans to be out of town attending the National Fair Housing Assistance seminar put on by the Department of Housing and Urban Development (July 24-29, 2000).

2. Although the City of Corpus Christi does not necessarily agree that Plaintiff is entitled to all of the relief requested in his Amended Complaint, the City has no objection to Plaintiff's filing the instrument. As far as can be ascertained, the only changes made in the Amended Complaint are to add citation to specific code references in the jurisdictional statement, the removal of a request for injunctive relief with respect to extended year services, and the addition of a claim for punitive damages. Nothing in this Amendment will cause delay to the prosecution of this case. The last

anticipated depositions are scheduled for August 4, 2000, and written discovery is essentially complete.

3. Ms. Carol Bray is fully informed as to the facts and the law applicable to this case and will be able to fully participate in the scheduled hearing.

## CERTIFICATE OF CONSULTATION

4. The undersigned contacted counsel of record and they are not opposed to this substitution.

Respectfully submitted,
**JAMES R. BRAY, JR.**
**CITY ATTORNEY**

_____
Andrew L. Quittner
Assistant City Attorney
Texas Bar No.: 16439975
S.D. Texas No.: 17001
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277
Telephone: (361) 880-3360
Facsimile:  (361) 880-3239

**ATTORNEY FOR DEFENDANT**
**CITY OF CORPUS CHRISTI**

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2000, a true and correct copy of the above and foregoing document was served on the following by the method indicated:

**BY U.S. MAIL:**

Mr. Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

Ms. Linda Flores-Resendez
801 Leopard Street
P.O. Box 110
Corpus Christi, Texas 78401

_____
Andrew L. Quittner

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f ROSE V. | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO: C-00-021 |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT AN CITY OF CORPUS CHRISTI, TEXAS | § § § § | |

## ORDER GRANTING THE CITY OF CORPUS CHRISTI'S MOTION TO SUBSTITUTE ATTORNEY FOR JULY 28, 2000 HEARING

Before the Court is Defendant City of Corpus Christi's Motion to Substitute Attorney for the July 28, 2000, hearing on Plaintiff's Motion for Leave to Amend Complaint. Having considered the City's Motion, the Court finds that it has merit, and it is hereby

GRANTED.

SIGNED this ____ day of July 2000.

_____
United States District Judge