IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUL 25 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f | § | |
| ROSE V. | § | |
|      Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-021 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT and CITY OF | § | |
| CORPUS CHRISTI, TEXAS | § | |
|     Defendants. | § | |

## PLAINTIFFS' NOTICE OF NON-OPPOSITION TO THEIR
## FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

     COMES NOW Christopher E.P. b/n/f Rose V., Plaintiffs, and respectfully file and submit this their Plaintiffs' Notice of Non-Opposition to their First Amended Complaint and would show on to this honorable Court as follows:

     1.    Plaintiff counsel has conferred with counsel for Corpus Christi Independent School District by written correspondence, copy attached, and has determined that their Motion for Leave to File Amended Pleadings is not opposed. Plaintiffs previously corresponded by telephone conference with counsel for the City of Corpus Christi and had determined that Plaintiffs' motion is unopposed.

     WHEREFORE, PREMISES CONSIDERED, Plaintiff Christopher E.P., b/n/f Rose V. respectfully request that they be granted leave to file their first amended original complaint and

Page 1

23.

that the hearing scheduled for Friday, July 28, 2000 at 1:30 p.m. be cancelled.  Plaintiffs

respectfully requests the relief sought.

Respectfully submitted,

_____

Les Cassidy
1020 Bank of America Center North
500 N. Water Street
Corpus Christi, Texas  78471
361/887-2965  office
361/887-6521  fax
State Bar No.  03979270
Federal I.D. No.  5931

Attorney-in-Charge for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of July, 2000, a true and correct copy of
the above and foregoing document was served on the following by fax and regular U.S. mail:

Ms. Linda Flores-Resendez
801 Leopard Street
P.O. Box 110
Corpus Christi, Texas  78401

Andrew L. Quittner
P.O. Box 9277
Corpus Christi, Texas  78469-9277

_____
Les Cassidy


Page 2

387.300



# Corpus Christi
# Independent
# School
# District

OFFICE OF LEGAL SERVICES
361-886-9067    FAX: 361-844-0283

801 Leopard • PO Box 110   Corpus Christi, Texas 78403-0110

July 20, 2000

Mr. Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

Re:    *Christopher E.P., b/n/f Rose V. vs Corpus Christi ISD*
        Cause NO. C-00-021

Dear Mr. Cassidy:

This is to confirm our conversation regarding Plaintiff's motion to file an amended complaint in the above-referenced cause of action. The Corpus Christi Independent School District has no objection to your filing an amended complaint in this case. Nothing in the amendment indicates it would be a basis for any delay of our docket schedule.

Please keep me further advised if the hearing of July 28, 2000, will still be necessary.

Sincerely,

Linda Flores Resendez
Assistant Staff Attorney

pmc

cc:    Mr. Andrew L. Quittner
        Assistant City Attorney
        City of Corpus Christi
        P. O. Box 9277
        Corpus Christi, Texas 78469-9277