IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 27 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f ROSE V. | § § § | |
| Plaintiff | § § | 24. |
| vs. | § § | CIVIL ACTION NO: C-00-021 |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT AN CITY OF CORPUS CHRISTI, TEXAS | § § § § | |

### ORDER GRANTING THE CITY OF CORPUS CHRISTI'S MOTION TO SUBSTITUTE ATTORNEY FOR JULY 28, 2000 HEARING

Before the Court is Defendant City of Corpus Christi's Motion to Substitute Attorney for the July 28, 2000, hearing on Plaintiff's Motion for Leave to Amend Complaint. Having considered the City's Motion, the Court finds that it has merit, and it is hereby

GRANTED.

SIGNED this 26th day of July 2000.

_____
United States District Judge