IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 1 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CHRIS E. P., and ROSE V. | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Action No. C-00-021 Jury |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT and CITY OF CORPUS CHRISTI, TEXAS | § § § | |
| Defendants. | § | |

## PLAINTIFF'S FIRST DESIGNATION OF EXPERT WITNESSES and SUPPLEMENTAL DISCLOSURES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW Christopher E. P., and Rose V. and respectfully file and submit this their Designation of Expert Witnesses and Supplemental Disclosures as follows (note: none of these witnesses are "retained" persons under Federal Rules of Civil Procedure 26(a)(2)(B). These witnesses may otherwise provide opinion testimony under Federal Rules of Evidence 701, et seq.).

Dr. Girish Patel

3435 South Alameda Street

Corpus Christi, Texas 78411

Phone: 361.855.9494

Dr. Patel has treated Christopher P. and is expected to testify as to the physical and mental disabilities with regard to the Plaintiff, Christopher P., including his medical history, diagnosis, prognosis, incapacities, and mental and physical limitations. Dr. Patel

25.

has treated Christopher P. for the past several years and he is personally acquainted with him. He has prepared a brief report, which is attached.

Mario Quintanilla

5866 S. Staples Street

Corpus Christi, Texas 78413

Phone: 361.993.4793

      Dr. Quintanilla has treated the Plaintiff for psychiatric care for the past seven years. He is expected to testify as to his psychiatric diagnosis, including opinions, findings, associated symptoms and behaviors of Christopher P.'s disabilities, capabilities, limitations, and prognosis.

Mr. Leslie D. Cassidy, Attorney

500 N. Water Street – Suite 400

Corpus Christi, Texas 78471

361.887.2965

      Mr. Cassidy has been licensed to practice law in Texas since 1985. He will testify as to the reasonable attorney fees charged in this case, at the rate of $125.00 (One Hundred Twenty-five dollars and no/100) per hour, in addition to usual and customary charges, and necessary legal work.

Ms. Rose Vasquez

5902 Ayers Street, Lot 221

Corpus Christi, Texas 78415

Hm: 361.851.1628

Wk: 361.854.7000

She is the mother of the minor Plaintiff and will testify to facts and information with regard to the Plaintiff, Christopher P., the Defendants, and the causes of action made the basis of this case, including the cost of alternative after-school care for her son.

Respectfully submitted,

BY: _____
Les Cassidy
WOOLSEY & CASSIDY, P.C.
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
State Bar No. 03979270
Federal I.D. No. 5931

ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of August, 2000, a true and correct copy of the foregoing was forwarded by certified mail to:

**SENT BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED:**

Mr. Andrew L. Quittner
Attorney – City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277

Ms. Linda Flores-Resendez
Attorney – CCISD
Corpus Christi Independent School District
801 Leopard Street
Corpus Christi, Texas 78403

_____
Les Cassidy