IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 23 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-021 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| CITY OF COPRUS CHRISTI, TEXAS | § | |

## CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
## FIRST DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

Corpus Christi Independent School District, one of the Defendants in the above styled and numbered cause, designates the following witnesses as persons who may give evidence under Fed.R.Ev.702:

1. Mr. Robert J. Garcia
   Corpus Christi Independent School District
   Office of Special Education
   1530 Airline Road
   Corpus Christi, Texas 78412
   (361) 994-3504

   Mr. Garcia, who has not been specially retained by the District, may express opinions concerning Christopher E. P.'s status as a special education student.

2. Dr. Adrian Haston
   Corpus Christi Independent School District
   Office of Psychological Services
   1530 Airline Road
   Corpus Christi, Texas 78412
   (361) 994-3587

   Dr. Haston, who has not been specially retained by the District, may express opinions concerning Christopher E. P.'s status as a special education student.

1

3. Mrs. Linda Flores Resendez
   Corpus Christi Independent School District
   Office of Legal Services
   801 Leopard Street
   Corpus Christi, Texas 78401
   (361) 886-9067

Mrs. Resendez may express an opinion about attorneys' fees.

Respectfully submitted,

CORPUS CHRISTI INDEPENDENT
   SCHOOL DISTRICT
P. O. Box 110
Corpus Christi, Texas 78403
TELEPHONE: (361) 886-9067
FACSIMILE: (361) 844-0283

BY: _____
LINDA FLORES RESENDEZ
Federal Bar No. 12591
State Bar No. 07164490
ATTORNEY FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2000, a true and correct copy of the above and foregoing pleading was served to the following:

| | |
|---|---|
| Mr. Les Cassidy<br>Woolsey & Cassidy<br>1020 Bank of America Center North<br>500 North Water Street<br>Corpus Christi, Texas 78471<br>Telephone: 361/887-2965<br>Facsimile:  361887-6521 | **U. S. Mail**<br>**Return Receipt Requested**<br>Receipt No. 391 242 143 |
| Mr. Andrew Quittner<br>Assistant City Attorney<br>City of Corpus Christi<br>P. O. Box 9277<br>Corpus Christi, Texas 78469-9277<br>Telephone:  361/880-3360<br>Facsimile:   361/880-3239 | **U. S. Mail**<br>**Return Receipt Requested**<br>Receipt No. Z 391 242 144 |

_____
Linda Flores Resendez

3