```
                                              United States District Court
                                              Southern District of Texas
                                                     ENTERED
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS      SEP 1 1 2000
              CORPUS CHRISTI DIVISION
                                              Michael N. Milby, Clerk of Court
```

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f | § | |
| ROSE V. | § | 27. |
|  | § | |
| V. | § | C.A. NO. C-00-021 |
|  | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT and CITY OF | § | |
| CORPUS CHRISTI, TEXAS | § | |

## ORDER

On this day came on to be considered Plaintiff's unopposed Motion for Leave to Amend Complaint (D.E. #20). Plaintiff's unopposed Motion for Leave to Amend Complaint is hereby GRANTED.

ORDERED the 7th day of September, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE