United States District Court
Southern District of Texas
FILED

OCT 5 - 2000

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f ROSE V. | § § § | |
| Plaintiff | § § | |
| vs. | § | CIVIL ACTION NO: C-00-021 |
| | § § | |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT AND CITY OF CORPUS CHRISTI, TEXAS | § § § | |
| Defendants | | |

## PLAINTIFF'S SUPPLEMENTAL FILING OF AFFIDAVIT

The attached affidavit is filed as a supplement to Plaintiff's response to the Motion for Summary Judgment filed by the City of Corpus Christi as Exhibit "5". A copy was inadvertently filed instead of the original.

Respectfully submitted,

_____
Les Cassidy
1020 Bank of America Center North
500 N. Water Street
Corpus Christi, Texas  78471
361/ 887-2965  office
361/ 887-6521  fax
State Bar No.  03979270
Federal I.D. No.  5931
Attorney for Plaintiff

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. Certified Mail, return receipt requested this 5 day of October, 2000, to:

Linda Flores-Resendez
801 Leopard St.
P.O. Box 110
Corpus Christi, Texas 78403-0110

Andrew L. Quittner
Assistant City Attorney
P.O. Box 9277
Corpus Christi, Texas 78469-9277

_____
Les Cassidy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f | § | |
| ROSE V. | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: C-00-021 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND CITY OF | § | |
| CORPUS CHRISTI, TEXAS | § | |
| Defendants | § | |

### AFFIDAVIT OF ROSE VASQUEZ

BEFORE ME, the undersigned authority, personally appeared Rose Vasquez, who after being sworn upon his oath, deposed and said:

"My name is Rose Vasquez. I am over the age of 21, have never been convicted of a felony, am of sound mind and capable of making this affidavit. I have personal knowledge of the statements contained herein, and said statements are all true and correct."

"Christopher P., who is the claimant in the above referenced cause, is my son. Christopher is a twelve year old boy who has multiple disabilities. He has Cri-Dy-Chat Syndrome, a form of mental retardation. As a result of this condition, Christopher suffers from impaired motor skills and control. Moreover, Christopher requires assistance from me or from a paraprofessional while he is at school."

"Christopher is already eligible for and receives special education services from the Corpus Christi Independent School District. As part of those special

**EXHIBIT "5"**

education services, Christopher receives assistance from a paraprofessional when he is attending school during regular hours."

"As to the Latchkey Program, I have made numerous requests to the City of Corpus Christi Parks and Recreation Department so that Christopher would be able to participate in the Latchkey Program, including one as recent as October of 1999. Each time that I have made a request, the City has denied the request as ineligible or enforced restrictions that Christopher cannot meet because of his disability. Finally, because Christopher has not been allowed to participate in the Latchkey Program, I have been forced to pay for private after school care. The city will not allow Christopher to participate without a paraprofessional. The Defendants will not provide an assistant to Christopher as an accommodation to his disability condition. The private cost of an assistant, in my 12 years of experience, is typically $7.00 per hour."

FURTHER, AFFIANT SAYETH NOT.

_____
Rose Vasquez

Sworn to and subscribed to before me, the undersigned Notary Public, on this day 5th day of October, 2000, by Rose Vasquez.

_____
Notary Public, State of Texas