UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| CITY OF CORPUS CHRISTI, TEXAS | § | |

## UNOPPOSED MOTION TO SUBSTITUTE ATTORNEYS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Corpus Christi Independent School District (CCISD), and moves this Honorable Court for a substitution of attorneys, and in support thereof would show unto the Court as follows:

1.  Corpus Christi Independent School District requests that this Court enter an order allowing counsel to substitute in its stead Sandra Sterba-Boatwright and the law firm of Meredith, Donnell & Abernethy, P.C. as attorney-in-charge in the above-entitled and numbered cause of action because the previous attorney-in-charge will be leaving CCISD's employment shortly. Such substitution will not delay any setting currently in effect.

35.

AGREED: *(signature: Sandra Lanier Lerma)*

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

By: *(signature: Sandra Lanier Lerma)*

Printed Name: Sandra Lanier-Lerma Ph.D.

Title: Interim Superintendent of Schools

\*\*\*

## CERTIFICATE OF CONFERENCE

On October 11, 2000, I contacted Mr. Les Cassidy of Woolsey & Cassidy and Mr. Andrew Quittner of the City of Corpus Christi with respect to this Motion and counsel for Plaintiff and Co-Defendant are not opposed to the granting of same.

*(signature)*
Sandra Sterba-Boatwright

- 3 -

\* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by *U. S. Certified Mail, Return Receipt Requested* to:

Mr. Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

Linda Flores Resendez
Corpus Christi Independent School District
P.O. Box 110
Corpus Christi, Texas 78403

Mr. Andrew Quittner
Assistant City Attorney
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277

on this the 18 day of *October, 2000*.

_____
Sandra Sterba-Boatwright

SLS/kkf
O:\ATTYS\SSB\cases\Rose\Plead\motion to substitute.wpd



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AND § | |
| CITY OF CORPUS CHRISTI, TEXAS § | |

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE ATTORNEYS

On this _____ day of _____, 2000, came on to be heard Corpus Christi Independent School District's Motion to Substitute Attorneys, and the Court, after having considered the same, is of the opinion that it should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Sandra Sterba-Boatwright and the law firm of Meredith, Donnell & Abernethy, P.C., be and is hereby, substituted as attorney-in-charge for Corpus Christi Independent School District in the above-entitled and numbered cause of action, and Linda Flores Resendez, attorney for Corpus Christi Independent School District is hereby dismissed as attorney-in-charge.

SIGNED this _____ day of _____, 2000.

_____
JUDGE PRESIDING