IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 19 2000

Michael N. Milby, Clerk

| | |
|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AND § | |
| CITY OF CORPUS CHRISTI, TEXAS § | |

**DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT's
RULE 26 SUPPLEMENTAL DISCLOSURES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Corpus Christi Independent School District ("Defendant CCISD") makes the following supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Persons likely to have discoverable information relevant to disputed facts:

1. **REQUIRED DISCLOSURES**

A. **Persons with Discoverable Information Relevant to Disputed Facts:**

    1.    Linda McElroy
           Corpus Christi Independent School District
           1530 Airline Road
           Corpus Christi, Texas  78412

    2.    Sandra K. Hill
           Corpus Christi Independent School District
           1530 Airline Road
           Corpus Christi, Texas  78412

3. Robin West
   Corpus Christi Independent School District
   1530 Airline Road
   Corpus Christi, Texas 78412

4. Mr. Robert J. Garcia
   Corpus Christi Independent School District
   Office of Special Education
   1530 Airline Road
   Corpus Christi, Texas 78412
   (361) 994-3504

5. Dr. Eduardo Zuniga
   Corpus Christi Independent School District
   1530 Airline Road
   Corpus Christi, Texas 78412

6. Dr. Sandra Lanier-Lerna
   Corpus Christi Independent School District
   1530 Airline Road
   Corpus Christi, Texas 78412

7. Linda Hodges
   City of Corpus Christi
   P.O. Box 9277
   Corpus Christi, Texas 78469-9277

8. Daniel Whitworth
   City of Corpus Christi
   P.O. Box 9277
   Corpus Christi, Texas 78469-9277

9. Dr. Adrian Haston
   Corpus Christi Independent School District
   Office of Psychological Services
   1530 Airline Road
   Corpus Christi, Texas 78412
   (361) 994-3587

## B. Documents, data, compilations, tangible things which may be relevant to disputed facts:

1. All documents attached to CCISD's Motion for Summary Judgment;
2. ARD proceeding documents;
3. The contract between the City of Corpus Christi and CCISD;
4. Hearing documents;
5. The child's school records;
6. The child's psychological service records;
7. Christopher P.'s attendance records;
8. DPRS Guidelines; and
9. CCISD facility usage policies.

## C. Computation of Categories of Damages:

We are not seeking damages. The maximum we calculate plaintiff's damages could be is as follows:

$7.00 (account testified to by Rose V.)

x (times) 2 hours

x (times) 180 days

= $2,520

minus any days Christopher P. was absent from school during the relevant period.

## D. Insurance Agreements:

Not applicable.

- 3 -

2.  **DISCLOSURE OF EXPERT TESTIMONY**

There are two (2) experts who may testify to the lack of involvement of CCISD in the Latchkey Program and all issues related to this lawsuit:

1.  Mr. Robert J. Garcia
    Corpus Christi Independent School District
    Office of Special Education
    1530 Airline Road
    Corpus Christi, Texas 78412
    (361) 994-3504

2.  Dr. Adrian Haston
    Corpus Christi Independent School District
    Office of Psychological Services
    1530 Airline Road
    Corpus Christi, Texas 78412
    (361) 994-3587

Four experts may testify as to attorneys fees:

3.  Sandra Sterba-Boatwright
    Meredith, Donnell & Abernethy
    One Shoreline Plaza
    800 N. Shoreline, Suite 1500, North Tower
    Corpus Christi, Texas 78401
    (361) 888-5551

4.  Linda Flores Resendez
    Corpus Christi Independent School District
    P.O. Box 110
    Corpus Christi, Texas 78403
    (361) 886-9067

5. Andrew L. Quittner
   Assistant City Attorney
   City of Corpus Christi
   P.O. Box 9277
   Corpus Christi, Texas  78469-9277
   (361) 880-3360

6. Les Cassidy
   Woolsey & Cassidy, P.C.
   1020 Bank of America Center North
   500 North Water Street
   Corpus Christi, Texas  78471
   (361) 887-2965

Additionally other parties have designated the following persons as experts and the undersigned may call them if they qualify as experts:

7. Dr. Girish Patel
   3435 South Alameda Street
   Corpus Christi, Texas  78411
   (361) 855-9494

8. Mario Quintanilla
   5866 S. Staples Street
   Corpus Christi, Texas  78413
   (361) 993-4793

9. Rose Vasquez
   5902 Ayers Street, Lot 221
   Corpus Christi, Texas  78415
   (361) 851-1628 - Home
   (361) 854-7000 - Work

3.                       **PRE-TRIAL DISCLOSURES**

    A.       Witnesses at trial:

1. Linda McElroy
2. Sandra K. Hill
3. Robin West
4. Robert J. Garcia
5. Eduardo Zuniga
6. Sandra Lanier-Lerna
7. Linda Hodges
8. Dan Whitworth
9. Dr. Adrian Haston

    B.       Witnesses at trial by deposition:

Potentially:

1. Rose V.
2. Daniel Whitworth
3. Senja "Robin" West

    C.       Documents or evidence which may be introduced at trial:

1. ARD proceeding documents;
2. The contract between the City of Corpus Christi and CCISD;
3. Hearing documents;
4. The child's school records;
5. The child's psychological service records;
6. Christopher P.'s attendance records;
7. DPRS Guidelines; and
8. CCISD facility usage policies.

Respectfully submitted,

*[signature]*

Linda Flores Resendez
Federal Bar No. 12591
State Bar No. 0716449

ATTORNEY-IN-CHARGE FOR
DEFENDANT CORPUS CHRISTI
INDEPENDENT SCHOOL DISTRICT

OF COUNSEL:

CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT
P.O. Box 110
Corpus Christi, Texas 78403
Telephone No.: (361) 886-9067
Telecopier No.: (361) 844-0283

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent via **CERTIFIED MAIL/RETURN RECEIPT REQUESTED** to counsel listed below on this the _19_ day of _Oct_, 2000.

**Mr. Les Cassidy**
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

**Mr. Andrew Quittner**
Assistant City Attorney
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277

Sandra Sterba-Boatwright

O:\ATTYS\SSB\cases\Rose\Plead\initial disclosures.wpd
SLS\kkf