United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. § <br> § <br> VS. § <br> § <br> CORPUS CHRISTI INDEPENDENT § <br> SCHOOL DISTRICT AND § <br> CITY OF CORPUS CHRISTI, TEXAS § | CIVIL ACTION NO. C-00-021 |

### ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE ATTORNEYS

On this 25th day of October, 2000, came on to be heard Corpus Christi Independent School District's Motion to Substitute Attorneys, and the Court, after having considered the same, is of the opinion that it should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Sandra Sterba-Boatwright and the law firm of Meredith, Donnell & Abernethy, P.C., be and is hereby, substituted as attorney-in-charge for Corpus Christi Independent School District in the above-entitled and numbered cause of action, and Linda Flores Resendez, attorney for Corpus Christi Independent School District is hereby dismissed as attorney-in-charge.

SIGNED this 25th day of October, 2000.

_____
JUDGE PRESIDING