# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

## OCT 3 0 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| CITY OF CORPUS CHRISTI, TEXAS | § | |

## DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S OPPOSED MOTION TO AMEND PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Corpus Christi Independent School District (CCISD), moves for leave of Court to amend its pleadings for the reason that it has just recently come to the attention of CCISD that Plaintiff Christopher E. P., b/n/f Rose V. is claiming damages and causes of action which extend back beyond the year in which Christopher E. P. attended the fifth grade.

1. This matter was instituted by Plaintiff on or about January 14, 2000. In Plaintiff's Original Complaint, he sought relief under the Individuals With Disabilities Education Act, the Rehabilitation Act of 1973 and the Americans With Disabilities Act. In that Original Petition, he recited that the complaint that he was making arose out of a request for hearing filed on October 14, 1999 which resulted in a December 3, 1999 Special Education Hearing. This Defendant responded to this lawsuit on February 7, 2000. On or about June 30, 2000, Plaintiff sought to amend his Complaint and this

40.

CNIPDF - www.fasisi.com

Defendant did not object.  The stated purpose of the amendment to the Complaint was to clarify his claim for injunctive relief.  Nothing in the amendment or the motion gave notice to this Defendant that Plaintiff is seeking damages in excess of damages which could be recovered for the year in which Plaintiff Christopher E. P. was enrolled in the fifth grade.  See Plaintiff's First Amended Original Complaint, Paragraph 6.

2.      On or about September 15, 2000, Defendant CCISD filed a Motion for Summary Judgment.  In reply to that Motion for Summary Judgment, Plaintiff again pointed out that Plaintiff was previously enrolled in fifth grade at Galvan Elementary School.  Nothing in the response to the Motion for Summary Judgment gave notice to this Defendant that Plaintiff sought to put forth any cause of action or sought damages for any period of time in excess of the one year in which Plaintiff Christopher E. P. was in attendance in the fifth grade at Galvan Elementary School.  Since that time, however, this Defendant has received notice, through settlement negotiations, occurring in late October that Plaintiff is seeking damages for a period in excess of that period.

3.      Out of an abundance of precaution and to insure that any defenses that might be needed to such allegations are put forth, if in fact the Plaintiff's pleading is to be interpreted to contain such allegations, which this Defendant denies and protests, this Defendant moves for leave to amend its Original Answer in the above-referenced matter.

4.      A First Amended Original Answer is attached hereto as Exhibit A for the Court's reference.

- 2 -

5.      Defendant prays that this Court grant leave for the filing of this Amended

Answer and order the Clerk of the Court to file the Amended Answer which is attached

hereto as Exhibit A.

Respectfully submitted,

Sandra Sterba-Boatwright
Federal Bar No. 6857
State Bar No. 19169400

ATTORNEY-IN-CHARGE FOR
DEFENDANT CORPUS CHRISTI
INDEPENDENT SCHOOL DISTRICT


OF COUNSEL:

MEREDITH, DONNELL & ABERNETHY
Suite 1500-North Tower
800 N. Shoreline
Corpus Christi, Texas  78401
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

**\*\*\***

## CERTIFICATE OF CONFERENCE

On October 25 and 27, 2000, I contacted Mr. Les Cassidy of Woolsey & Cassidy and Mr. Andrew Quittner of the City of Corpus Christi with respect to this Motion and Plaintiff, OPPOSES this Motion, but Co-Defendant City of Corpus Christi DOES NOT OPPOSE this motion.

Sandra Sterba-Boatwright

***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by *U. S. Certified Mail, Return Receipt Requested* to:

>Mr. Les Cassidy
>Woolsey & Cassidy
>1020 Bank of America Center North
>500 North Water Street
>Corpus Christi, Texas  78471

>Mr. Andrew Quittner
>Assistant City Attorney
>City of Corpus Christi
>P.O. Box 9277
>Corpus Christi, Texas  78469-9277

on this the 30 day of *October, 2000*.

Sandra Sterba-Boatwright

SLS/kkf
O:\ATTYS\SSB\cases\Rose\Plead\motion to amend plead.wpd

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| CITY OF CORPUS CHRISTI, TEXAS | § | |

## DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Corpus Christi Independent School District (CCISD), files this First Amended Answer to the Plaintiff's First Amended Original Complaint, as follows:

### *FIRST DEFENSE*

1.      Defendant CCISD first asserts the defense that Plaintiff has failed to exhaust his administrative remedies with regard to any year other than the fifth grade under the I.D.E.A. and §504 of the Rehabilitation Act.

### *SECOND DEFENSE*

2.      Defendant CCISD further affirmatively asserts the statute of limitations as it applies to these matters in that Plaintiff Christopher E. P. cannot recover any damages for actions that occurred more than two (2) years prior to the date of his filing of this incident.

**EXHIBIT A**

### *THIRD DEFENSE*

3.       Defendant CCISD further asserts that Plaintiff's claims are in whole or in

part moot, because the child is now attending the sixth grade and not eligible for the program at

issue on information and belief.

4.       As to the specific allegations contained in Plaintiff's First Amended Original

Complaint, Defendant states as follows:

**Parties to the Action**

4.1       Defendant CCISD admits the allegations contained in Paragraph 1

of Plaintiff's First Amended Original Complaint .

4.2       Defendant CCISD admits the allegations contained in Paragraph 1

of Plaintiff's Original Complaint .

4.3       Defendant CCISD admits the allegations contained in Paragraph 1

of Plaintiff's First Amended Original Complaint .

**Jurisdiction**

4.4       Defendant CCISD denies the allegations contained in Paragraph 4

of Plaintiff's First Amended Original Complaint and that this cause of action invokes the

jurisdiction of 20 U.S.C. § 1415 (I.D.E.A.), 29 U.S.C. § 794a (the Rehabilitation Act of 1973), or

42 U.S.C. § 12132 (ADA) as to this Defendant or the facts pled.  Thus, this Defendant denies

jurisdiction under 28 U.S.C. § 1331.

**Venue**

4.5       Defendant CCISD admits the allegations contained in Paragraph 5

of Plaintiff's First Amended Original Complaint.

- 2 -

## Administrative Prerequisites

4.6     Defendant CCISD agrees that Plaintiff filed for a Special Education Due Process Hearing. The District agrees that the Special Education Hearing Officer correctly determined that the Individuals With Disabilities Education Act did not confer jurisdiction on Plaintiff's complaint. Defendant CCISD denies the other allegations contained in this paragraph.

## Failure to Provide Special Education Services

4.7     Defendant CCISD denies the first sentence of contained in Paragraph 7 of Plaintiff's First Amended Original Complaint except that Defendant CCISD admits that Plaintiff resides within the Corpus Christi Independent School District and is eligible for and receives special education services for the purpose of and during regular classroom instruction. Defendant CCISD denies the second sentence of contained in Paragraph 7 of Plaintiff's First Amended Original Complaint. Defendant CCISD admits the allegations of the third sentence of contained in Paragraph 7 of Plaintiff's First Amended Original Complaint. Defendant CCISD does admit that CCISD does allow the use of the buildings and provides the utility and janitorial services. Defendant CCISD admits that the Parks and Recreation Department of the City is responsible for administering the Latchkey Program. Defendant CCISD denies all other allegations contained in Paragraph 7 of Plaintiff's First Amended Original Complaint.

4.8     Defendant CCISD denies the allegations contained in Paragraph 8 of Plaintiff's First Amended Original Complaint.

4.9     Defendant CCISD denies the allegations contained in Paragraph 9 of Plaintiff's First Amended Original Complaint.

- 3 -

4.10   Defendant CCISD denies that the Plaintiff is entitled to any of the relief set forth in the prayer of Plaintiff's First Amended Original Complaint.

## PRAYER

Defendant CCISD respectfully prays that this Court render a take-nothing judgment in favor of the Defendant, Corpus Christi Independent School District, on all claims asserted, and that this Court deny the Plaintiff any reimbursement for attorney's fees and costs and order Defendant CCISD be awarded its costs and such other relief as this Court deems just and proper.

Respectfully submitted,

Sandra Sterba-Boatwright
Federal Bar No. 6857
State Bar No. 19169400

ATTORNEY-IN-CHARGE FOR
DEFENDANT CORPUS CHRISTI
INDEPENDENT SCHOOL DISTRICT

OF COUNSEL:

MEREDITH, DONNELL & ABERNETHY
Suite 1500-North Tower
800 N. Shoreline
Corpus Christi, Texas  78401
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by *U. S. Certified Mail, Return Receipt Requested* to:

Mr. Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas  78471

Mr. Andrew Quittner
Assistant City Attorney
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas  78469-9277

on this the 30 day of *October, 2000.*

Sandra Sterba-Boatwright

SLS/kkf
O:\ATTYS\SSB\cases\Rose\Plead\first amended answer.wpd

- 5 -

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AND § | |
| CITY OF CORPUS CHRISTI, TEXAS § | |

## DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Corpus Christi Independent School District (CCISD), files this First Amended Answer to the Plaintiff's First Amended Original Complaint, as follows:

### FIRST DEFENSE

1.      Defendant CCISD first asserts the defense that Plaintiff has failed to exhaust his administrative remedies with regard to any year other than the fifth grade under the I.D.E.A. and §504 of the Rehabilitation Act.

### SECOND DEFENSE

2.      Defendant CCISD further affirmatively asserts the statute of limitations as it applies to these matters in that Plaintiff Christopher E. P. cannot recover any damages for actions that occurred more than two (2) years prior to the date of his filing of this incident.

**EXHIBIT A**

### *THIRD DEFENSE*

3.        Defendant CCISD further asserts that Plaintiff's claims are in whole or in part moot, because the child is now attending the sixth grade and not eligible for the program at issue on information and belief.

4.        As to the specific allegations contained in Plaintiff's First Amended Original Complaint, Defendant states as follows:

#### Parties to the Action

4.1     Defendant CCISD admits the allegations contained in Paragraph 1 of Plaintiff's First Amended Original Complaint .

4.2     Defendant CCISD admits the allegations contained in Paragraph 1 of Plaintiff's Original Complaint .

4.3     Defendant CCISD admits the allegations contained in Paragraph 1 of Plaintiff's First Amended Original Complaint .

#### Jurisdiction

4.4     Defendant CCISD denies the allegations contained in Paragraph 4 of Plaintiff's First Amended Original Complaint and that this cause of action invokes the jurisdiction of 20 U.S.C. § 1415 (I.D.E.A.), 29 U.S.C. § 794a (the Rehabilitation Act of 1973), or 42 U.S.C. § 12132 (ADA) as to this Defendant or the facts pled.  Thus, this Defendant denies jurisdiction under 28 U.S.C. § 1331.

#### Venue

4.5     Defendant CCISD admits the allegations contained in Paragraph 5 of Plaintiff's First Amended Original Complaint.

- 2 -

**Administrative Prerequisites**

4.6     Defendant CCISD agrees that Plaintiff filed for a Special Education
Due Process Hearing.  The District agrees that the Special Education Hearing Officer correctly
determined that the Individuals With Disabilities Education Act did not confer jurisdiction on
Plaintiff's complaint.  Defendant CCISD denies the other allegations contained in this paragraph.

**Failure to Provide Special Education Services**

4.7     Defendant CCISD denies the first sentence of contained in
Paragraph 7 of Plaintiff's First Amended Original Complaint except that Defendant CCISD
admits that Plaintiff resides within the Corpus Christi Independent School District and is eligible
for and receives special education services for the purpose of and during regular classroom
instruction.  Defendant CCISD denies the second sentence of contained in Paragraph 7 of
Plaintiff's First Amended Original Complaint.  Defendant CCISD admits the allegations of the
third sentence of contained in Paragraph 7 of Plaintiff's First Amended Original Complaint.
Defendant CCISD does admit that CCISD does allow the use of the buildings and provides the
utility and janitorial services.  Defendant CCISD admits that the Parks and Recreation
Department of the City is responsible for administering the Latchkey Program.  Defendant
CCISD denies all other allegations contained in Paragraph 7 of Plaintiff's First Amended
Original Complaint.

4.8     Defendant CCISD denies the allegations contained in Paragraph 8 of
Plaintiff's First Amended Original Complaint.

4.9     Defendant CCISD denies the allegations contained in Paragraph 9 of
Plaintiff's First Amended Original Complaint.

- 3 -

CVISPDF - www.fenrio.com

4.10   Defendant CCISD denies that the Plaintiff is entitled to any of the relief set forth in the prayer of Plaintiff's First Amended Original Complaint.

## **PRAYER**

Defendant CCISD respectfully prays that this Court render a take-nothing judgment in favor of the Defendant, Corpus Christi Independent School District, on all claims asserted, and that this Court deny the Plaintiff any reimbursement for attorney's fees and costs and order Defendant CCISD be awarded its costs and such other relief as this Court deems just and proper.

Respectfully submitted,

Sandra Sterba-Boatwright
Federal Bar No. 6857
State Bar No. 19169400

ATTORNEY-IN-CHARGE FOR
DEFENDANT CORPUS CHRISTI
INDEPENDENT SCHOOL DISTRICT

OF COUNSEL:

MEREDITH, DONNELL & ABERNETHY
Suite 1500-North Tower
800 N. Shoreline
Corpus Christi, Texas  78401
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

- 4 -

\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by *U. S. Certified Mail, Return Receipt Requested* to:

Mr. Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

Mr. Andrew Quittner
Assistant City Attorney
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277

on this the 30 day of *October, 2000*.

Sandra Sterba-Boatwright

SLS/kkf
O:\ATTYS\SSB\cases\Rose\Plead\first amended answer.wpd



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| CITY OF CORPUS CHRISTI, TEXAS | § | |

### ORDER GRANTING
### DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
### OPPOSED MOTION TO AMEND PLEADINGS

On this _____ day of _____, 2000, came on to be heard Defendant Corpus Christi Independent School District's (CCISD's) Motion to Amend Pleadings, and the Court, after having considered the same, is of the opinion that it should be in all things GRANTED.

IT IS ORDERED that Defendant CCISD have leave to file said Amended Answer.

IT IS FURTHER ORDERED that the U.S. District Clerk file the Amended Answer attached to Defendant CCISD's Opposed Motion to Amend Pleadings effective this date.

SIGNED this _____ day of _____, 2000.

_____
U.S. DISTRICT JUDGE