UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 30 2000

Michael N. Milby, Clerk

| | |
|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. § | |
| § | |
| VS. § | CIVIL ACTION NO. C-00-021 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AND § | |
| CITY OF CORPUS CHRISTI, TEXAS § | |

**JOINT AND AGREED MOTION
TO VACATE ORDER FOR REFERRAL TO MEDIATION**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Christopher E. P., b/n/f Rose V. and Defendants Corpus Christi

Independent School District (CCISD) and City of Corpus Christi move this Honorable

Court to vacate its order for referral to mediation for the reason that the parties have

investigated settlement by and between themselves and are of the opinion that mediation

would simply be an expenditure of time and money with no adequate result.

Although the parties continue to investigate the option of settlement, the matters at issue

in this case do not lend themselves readily to a productive mediation.

1.        The attorneys for the parties have worked well together and continue to

cooperate in the preparation of this matter for trial and in negotiations.  The parties

believe that if a settlement can be reached, they will find it without benefit of mediation,

but that in all probability this matter will not be settled.  Furthermore, any potential

settlement in this matter may depend on the degree to which the parties may be able to

41.

commit to future acts which may require research and investigation. Thus, mediation would probably not be fruitful in this matter. In order to avoid a useless expenditure of time, money and effort, the parties hereto seek vacation of the Order for Referral to Mediation signed by this Court on February 23, 2000.

2.          Plaintiff Christopher E. P., b/n/f Rose V. and Defendants Corpus Christi Independent School District (CCISD), and City of Corpus Christi pray that this Court vacate the February 23, 2000 Order for Referral to Mediation.

                              Respectfully submitted,

Les Cassidy
Federal Bar No. 5934
State Bar No. 03979270

ATTORNEY-IN-CHARGE FOR
PLAINTIFF CHRISTOPHER E. P.
B/N/F ROSE V.

OF COUNSEL:

WOOLSEY & CASSIDY
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas  78471
Telephone No.:  (361) 887-2965
Telecopier No.:  (361) 887-6521

ClibPDF - www.fastio.com

Sandra Sterba-Boatwright
Federal Bar No. 6857
State Bar No. 19169400

ATTORNEY-IN-CHARGE FOR
DEFENDANT CORPUS CHRISTI
INDEPENDENT SCHOOL DISTRICT

OF COUNSEL:

MEREDITH, DONNELL & ABERNETHY
Suite 1500-North Tower
800 N. Shoreline
Corpus Christi, Texas  78401
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

Andrew Quittner
S.D. Texas No. 17001
State Bar No. 16439975

ATTORNEY-IN-CHARGE FOR
DEFENDANT CITY OF CORPUS
CHRISTI

OF COUNSEL:

CITY OF CORPUS CHRISTI
P.O. Box 9277
Corpus Christi, Texas  78469-9277
Telephone No.:  (361) 880-3360
Telecopier No.:  (361) 880-3239

- 3 -

**\*\*\***

# CERTIFICATE OF CONFERENCE

On October 25, 2000, I contacted Mr. Les Cassidy of Woolsey & Cassidy and Mr. Andrew Quittner of the City of Corpus Christi with respect to this Motion and counsel for Plaintiff and Co-Defendant are not opposed to the granting of same.

_____
Sandra Sterba-Boatwright

- 4 -

ClibPDF - www.fastio.com

***

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by *U. S. Certified Mail, Return Receipt Requested* to:

> Mr. Les Cassidy
> Woolsey & Cassidy
> 1020 Bank of America Center North
> 500 North Water Street
> Corpus Christi, Texas  78471
>
> Mr. Andrew Quittner
> Assistant City Attorney
> City of Corpus Christi
> P.O. Box 9277
> Corpus Christi, Texas  78469-9277

on this the 30 day of *October, 2000.*

Sandra Sterba-Boatwright

SLS/kkf
O:\ATTYS\SSB\cases\Rose\Plead\motion to vacate order.wpd

ClibPDF - www.fastio.com



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-021 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| CITY OF CORPUS CHRISTI, TEXAS | § | |

## ORDER GRANTING JOINT AND AGREED MOTION
## TO VACATE ORDER FOR REFERRAL TO MEDIATION

On this _____ day of _____, 2000, came on to be heard Plaintiff

Christopher E. P., b/n/f Rose V. and Defendants Corpus Christi Independent School District

(CCISD) and City of Corpus Christi's Joint and Agreed Motion to Vacate Order for Referral

to Mediation, and the Court, after having considered the same, is of the opinion that it

should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that

the Order for Referral to Mediation dated February 23, 2000 is vacated and the parties are

released from their obligations thereunder.

SIGNED this _____ day of _____, 2000.

_____
U.S. DISTRICT JUDGE