UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV - 3 2000
42. Michael N. Milby, Clerk of Court

| | |
|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. § § VS. § § CORPUS CHRISTI INDEPENDENT § SCHOOL DISTRICT AND § CITY OF CORPUS CHRISTI, TEXAS § | CIVIL ACTION NO. C-00-021 |

### ORDER GRANTING JOINT AND AGREED MOTION
### TO VACATE ORDER FOR REFERRAL TO MEDIATION

On this 3rd day of Nov, 2000, came on to be heard Plaintiff Christopher E. P., b/n/f Rose V. and Defendants Corpus Christi Independent School District (CCISD) and City of Corpus Christi's Joint and Agreed Motion to Vacate Order for Referral to Mediation, and the Court, after having considered the same, is of the opinion that it should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Order for Referral to Mediation dated February 23, 2000 is vacated and the parties are released from their obligations thereunder.

SIGNED this 3rd day of Nov, 2000.

_____
U.S. DISTRICT JUDGE