# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

*United States District Court*
*Southern District of Texas*
*NOV - 7 2000*
*MICHAEL N. MILBY, CLERK*

| | |
|---|---|
| Christopher E.P. | **NOTICE** |
| V. | |
| Corpus Christi I. S. D., et al | CASE NUMBER: C-00-21 |

| TYPE OF CASE: | X CIVIL | ___ CRIMINAL |
|---|---|---|

### YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

**JUDGE JANIS GRAHAM JACK**

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On    Tuesday, November 21, 2000    at    9:00 a.m.

### PURPOSE OF PROCEEDING:

___ Initial Pretrial Conference
   Note: Client(s) are not required to appear

___ Jury Selection and Trial

___ Re-Arraignment

___ Other:_____

_X_ Motion Hearing
(CCISD's/Amend Pleadings)

___ Show Cause Hearing

___ Sentencing

___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:   Myra Orta Alfano                              November 7, 2000

cc:  Leslie D. Cassidy
     Sandra Sterba-Boatwright
     Andrew Quittner