IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER E.P., b/n/f § | |
| ROSE V. § | |
| Plaintiff, § | |
| § | |
| VS. § | Civil Action No. C-00-021 |
| § | Jury |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT and CITY OF § | |
| CORPUS CHRISTI, TEXAS § | |
| Defendants. § | |

## NON-OPPOSITION
## PLAINTIFF'S RESPONSE TO DEFENDANT CORPUS CHRISTI SCHOOL DISTRICT'S MOTION TO AMEND PLEADINGS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Christopher E. P., b/n/f Rose V., Plaintiff and respectfully files and submits this his Plaintiff's Response to Defendant Corpus Christi School District's Motion to Amend Pleadings as follows:

I.

Defendant contends that it was not aware previously that Plaintiff's were seeking damages for Christopher E. P.'s exclusion from the LatchKey Program for school years prior to Plaintiff's 5th grade year. Plaintiff disputes this contention, but in order to avoid any prejudice to the Defendant, Plaintiff agrees to withdraw his objection to the Defendant's First Amended Answer.

WHEREFORE, PREMISES CONSIDERED, Plaintiff <u>does not oppose</u> the filing of an amended answer on behalf of the school district.

44.

Respectfully submitted,

_____
Les Cassidy
500 N. Water Street
1020 Bank of America Center North
Corpus Christi, Texas 78471

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. regular mail, this 20th day of November, 2000, to:

Sandra Sterba-Boatwright
Meredith, Donnell, & Abernathy
1500 One Shoreline Plaza, North Tower
Corpus Christi, Texas 78401

Andrew L. Quittner
Assistant City Attorney
P.O. Box 9277
Corpus Christi, Texas 78469-9277

_____
Les Cassidy

ClibPDF - www.fastio.com