UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 22 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. § | |
| § | |
| VS. § | CIVIL ACTION NO. C-00-021 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AND § | |
| CITY OF CORPUS CHRISTI, TEXAS § | |

## ORDER GRANTING
## DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S
## OPPOSED MOTION TO AMEND PLEADINGS

On this 21st day of Nov., 2000, came on to be heard Defendant Corpus Christi Independent School District's (CCISD's) Motion to Amend Pleadings, and the Court, after having considered the same, is of the opinion that it should be in all things GRANTED.

IT IS ORDERED that Defendant CCISD have leave to file said Amended Answer.

IT IS FURTHER ORDERED that the U.S. District Clerk file the Amended Answer attached to Defendant CCISD's Opposed Motion to Amend Pleadings effective this date.

SIGNED this 21st day of November, 2000.

_____
U.S. DISTRICT JUDGE