# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

**NOV 2 1 2000**

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| CHRISTOPHER E. P., B/N/F ROSE V. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND | § | |
| CITY OF CORPUS CHRISTI, TEXAS | § | |

## DEFENDANT CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT'S FIRST AMENDED ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Corpus Christi Independent School District (CCISD), files this First Amended Answer to the Plaintiff's First Amended Original Complaint, as follows:

### *FIRST DEFENSE*

1.      Defendant CCISD first asserts the defense that Plaintiff has failed to exhaust his administrative remedies with regard to any year other than the fifth grade under the I.D.E.A. and §504 of the Rehabilitation Act.

### *SECOND DEFENSE*

2.      Defendant CCISD further affirmatively asserts the statute of limitations as it applies to these matters in that Plaintiff Christopher E. P. cannot recover any damages for actions that occurred more than two (2) years prior to the date of his filing of this incident.

**EXHIBIT A**

46.

### ***THIRD DEFENSE***

3.         Defendant CCISD further asserts that Plaintiff's claims are in whole or in

part moot, because the child is now attending the sixth grade and not eligible for the program at

issue on information and belief.

4.         As to the specific allegations contained in Plaintiff's First Amended Original

Complaint, Defendant states as follows:

**Parties to the Action**

4.1     Defendant CCISD admits the allegations contained in Paragraph 1

of Plaintiff's First Amended Original Complaint .

4.2     Defendant CCISD admits the allegations contained in Paragraph 1

of Plaintiff's Original Complaint .

4.3     Defendant CCISD admits the allegations contained in Paragraph 1

of Plaintiff's First Amended Original Complaint .

**Jurisdiction**

4.4     Defendant CCISD denies the allegations contained in Paragraph 4

of Plaintiff's First Amended Original Complaint and that this cause of action invokes the

jurisdiction of 20 U.S.C. § 1415 (I.D.E.A.), 29 U.S.C. § 794a (the Rehabilitation Act of 1973), or

42 U.S.C. § 12132 (ADA) as to this Defendant or the facts pled.  Thus, this Defendant denies

jurisdiction under 28 U.S.C. § 1331.

**Venue**

4.5     Defendant CCISD admits the allegations contained in Paragraph 5

of Plaintiff's First Amended Original Complaint.

CivilPDF - www.fastio.com

## Administrative Prerequisites

4.6     Defendant CCISD agrees that Plaintiff filed for a Special Education Due Process Hearing. The District agrees that the Special Education Hearing Officer correctly determined that the Individuals With Disabilities Education Act did not confer jurisdiction on Plaintiff's complaint. Defendant CCISD denies the other allegations contained in this paragraph.

## Failure to Provide Special Education Services

4.7     Defendant CCISD denies the first sentence of contained in Paragraph 7 of Plaintiff's First Amended Original Complaint except that Defendant CCISD admits that Plaintiff resides within the Corpus Christi Independent School District and is eligible for and receives special education services for the purpose of and during regular classroom instruction. Defendant CCISD denies the second sentence of contained in Paragraph 7 of Plaintiff's First Amended Original Complaint. Defendant CCISD admits the allegations of the third sentence of contained in Paragraph 7 of Plaintiff's First Amended Original Complaint. Defendant CCISD does admit that CCISD does allow the use of the buildings and provides the utility and janitorial services. Defendant CCISD admits that the Parks and Recreation Department of the City is responsible for administering the Latchkey Program. Defendant CCISD denies all other allegations contained in Paragraph 7 of Plaintiff's First Amended Original Complaint.

4.8     Defendant CCISD denies the allegations contained in Paragraph 8 of Plaintiff's First Amended Original Complaint.

4.9     Defendant CCISD denies the allegations contained in Paragraph 9 of Plaintiff's First Amended Original Complaint.

- 3 -

CutePDF - www.fastio.com

4.10    Defendant CCISD denies that the Plaintiff is entitled to any of the relief

set forth in the prayer of Plaintiff's First Amended Original Complaint.

## **PRAYER**

Defendant CCISD respectfully prays that this Court render a take-nothing

judgment in favor of the Defendant, Corpus Christi Independent School District, on all claims

asserted, and that this Court deny the Plaintiff any reimbursement for attorney's fees and costs

and order Defendant CCISD be awarded its costs and such other relief as this Court deems just

and proper.

Respectfully submitted,

_____

Sandra Sterba-Boatwright
Federal Bar No. 6857
State Bar No. 19169400

ATTORNEY-IN-CHARGE FOR
DEFENDANT CORPUS CHRISTI
INDEPENDENT SCHOOL DISTRICT

OF COUNSEL:

MEREDITH, DONNELL & ABERNETHY
Suite 1500-North Tower
800 N. Shoreline
Corpus Christi, Texas 78401
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by *U. S. Certified Mail, Return Receipt Requested* to:

Mr. Les Cassidy
Woolsey & Cassidy
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471

Mr. Andrew Quittner
Assistant City Attorney
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas 78469-9277

on this the 30 day of *October, 2000*.

Sandra Sterba-Boatwright

SLS/kkf
O:\ATTYS\SSB\cases\Rose\Plead\first amended answer.wpd