United States District Court
Southern District of Texas
FILED

NOV 30 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTOPHER E.P., b/n/f | § |
| ROSE V. | § |
|       Plaintiffs, | § |
| | § |
| vs. | § |
| | § |
| CORPUS CHRISTI INDEPENDENT | § |
| SCHOOL DISTRICT AND CITY OF | § |
| CORPUS CHRISTI, TEXAS | § |
|       Defendants. | § |

CIVIL ACTION NO: C-00-021

## PLAINTIFF'S NOTICE OF PARTIAL SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Christopher E. P., b/n/f Rose V., and Corpus Christi Independent School District, Defendant, give notice pursuant to Local Rule 10 that they have settled all of the claims which have been asserted or which might have been asserted herein, and an agreed order of dismissal with prejudice will be filed promptly.

Plaintiffs' claims against the City of Corpus Christi remain pending on this Court's docket.

Respectfully submitted,

_____
Les Cassidy
1020 Bank of America Center North
500 N. Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(361)887-6521 fax
State Bar No. 03979270
Federal I.D. No. 5931

Attorney-in-Charge for Plaintiffs

48.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded by U.S. Certified Mail, return receipt requested this 30th day of November, 2000, to:

Sandra Sterba-Boatwright
Meredith, Donnell, & Abernathy
1500 One Shoreline Plaza, North Tower
Corpus Christi, Texas 78401

Andrew L. Quittner
Assistant City Attorney
P.O. Box 9277
Corpus Christi, Texas 78469-9277

_____
Les Cassidy