IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 3 0 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CHRISTOPHER E.P., b/n/f § | |
| ROSE V., § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. C-00-021 |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AND THE CITY § | |
| OF CORPUS CHRISTI, TEXAS, § | |
| Defendants. § | |

## FINAL JUDGMENT

On this day the Court has signed an Order Regarding Motions for Summary Judgment. In accordance with that order, the Court hereby DISMISSES with prejudice Plaintiff's claims against the City of Corpus Christi under the Americans with Disabilities Act, 42 U.S.C. § 12132, *et seq.* The Court further DISMISSES with prejudice Plaintiff's claims against the City and against the Corpus Christi Independent School District under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1401, *et seq.*

Signed this 29th day of November, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE