# CIVIL COURT MINUTES

| | |
|---|---|
| JUDGE PRESIDING: | JANIS GRAHAM JACK |
| CASE MANAGER: | Myra Orta Alfano |
| COURT RECORDER: | Sylvia Syler |
| LAW CLERK: | Chris Jenkins |
| U.S.C.S.O.: | ADRIAN PEREZ |
| U.S. MARSHAL: | |
| INTERPRETER: | |

United States District Court
Southern District of Texas
FILED

DEC - 1 2000

MICHAEL N. MILBY
CLERK

DATE: December 1, 2000      OPEN: 8:30 AM / 8:54 AM      ADJOURN: 8:37 AM / 8:57 AM
TAPE: # 1

CIVIL ACTION NUMBER: C-00-21

Christopher E.P., bnf Rose V                    COUNSEL: Leslie D. Cassidy

VS.

City of Corpus Christi                          COUNSEL: Andrew L. Quittner

( ) Final Pretrial Conference:                  (ETT: ½ DAY)

Case called. Appearances are made. Parties state that an agreement has been reached with deft, CCISD. Discussion of the Court's ruling on summary judgment mtns and the remaining claims against the City of C.C. (Recess) Court sets this case for bench trial on Dec. 8, 2000 at 8:00 am or Dec. 20, 2000 at 8:00 am.

*Adjourn*

51.