IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC - 1 2000

MICHAEL N. MILBY
CLERK

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f | § | |
| ROSE V. | § | |
|       Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: C-00-021 |
| | § | NONJURY |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND CITY OF | § | |
| CORPUS CHRISTI, TEXAS | § | |
| | § | |
|       Defendants | § | |

## *AGREED MOTION FOR JUDGMENT*

TO THE HONORABLE JUDGE OF SAID COURT:

      COME NOW, Plaintiff Christopher E.P., b/n/f Rose V. and Defendant Corpus Christi Independent School District (Defendant CCISD) and Defendant City of Corpus Christi, Texas (Defendant City of Corpus Christi) and move this court for entry of a judgment that Plaintiff take nothing in this matter from Defendant CCISD, for the reason that all issues of fact and matters of controversy have been fully and finally settled by the

parties hereto and the parties have agreed as part of the settlement hereafter to be responsible

for their own costs.

Lee Cassidy
Federal I.D. No. 5931
State Bar No. 03979270

ATTORNEY-IN-CHARGE FOR PLAINTIFF,
CHRISTOPHER E.P. B/N/F ROSE V.

OF COUNSEL:

WOOLSEY & CASSIDY
1020 Bank of America Center North
500 North Water Street
Corpus Christi, Texas 78471
Telecopier No. (361) 887-6521
Telephone No. (361) 887-2965

Sandra Sterba-Boatwright
Federal Bar No. 6857
State Bar No. 19169400

ATTORNEY-IN-CHARGE FOR
DEFENDANT   CORPUS   CHRISTI
INDEPENDENT SCHOOL DISTRICT

OF COUNSEL:

MEREDITH, DONNELL & ABERNETHY
Suite 1500-North Tower
800 N. Shoreline
Corpus Christi, Texas 78401
Telephone No.: (361) 888-5551
Telecopier No.: (361) 880-5618

**\*\*\***

## CERTIFICATE OF CONFERENCE

On November 30, 2000, I contacted Mr. Les Cassidy of Woolsey & Cassidy and Mr. Andrew Quittner of the City of Corpus Christi with respect to this Motion and counsel for Plaintiff and Co-Defendant are not opposed to the granting of same.

Sandra Sterba-Boatwright

- 3 -

***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded by *U. S. Certified Mail, Return Receipt Requested* to:

Ms. Sandra Sterba-Boatwright
Meredith, Donnell & Abernethy
Suite 1500-North Tower
800 N. Shoreline
Corpus Christi, Texas  78401

Mr. Andrew Quittner
Assistant City Attorney
City of Corpus Christi
P.O. Box 9277
Corpus Christi, Texas  78469-9277

on this the _____ day of *December, 2000.*

_____
Les Cassidy