# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Myra Orta Alfano

**COURT RECORDER:** Velma Gano

**LAW CLERK:** CHRIS JENKINS

**U. S. C. S. O.:** ELIAS JAIME

**U. S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

DEC - 8 2000

MICHAEL N. MILBY
CLERK

54.

**DATE:** December 8, 2000   **OPEN:** 10:00 AM   **ADJOURN:** 10:03 AM

**TAPE:** # 1

**CIVIL ACTION NUMBER:** C-00-21

Christopher E.P. bnf Rose V.   **COUNSEL:** Les Cassidy

VS.

Corpus Christi I.S.D.   **COUNSEL:** Sandra Sterba-Boatwright

City of Corpus Christi   Andrew Quittner

(✓) Bench Trial--Day 1:

Case called. Appearances are made. Pltff states that he will be filing a stipulation of dismissal. Court accepts the pltff's dismissal, without prejudice.

*Adjourn.*