IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

DEC - 8 2000

MICHAEL N. MILBY
CLERK

| | |
|---|---|
| CHRISTOPHER E.P., b/n/f § | |
| ROSE V. § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO: C-00-021 |
| § | |
| CORPUS CHRISTI INDEPENDENT § | |
| SCHOOL DISTRICT AND CITY OF § | |
| CORPUS CHRISTI, TEXAS § | |
| Defendants. § | |

## STIPULATION AND MOTION FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, CORPUS CHRISTI DIVISION:

COMES NOW, Rose V. as next friend of Christopher E.P., Plaintiff and The City of Corpus Christi, Defendant, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and announce that they have agreed to the dismissal of this cause without prejudice, each party to bear their own costs. A proposed order of dismissal without prejudice is filed herewith, and entry is requested.

Respectfully submitted,

_____
Les Cassidy
1020 Bank of America Center North
500 N. Water Street
Corpus Christi, Texas 78471
361/ 887-2965 office
361/ 887-6521 fax
State Bar No. 03979270
Federal I.D. No. 5931

Attorney-in-Charge for Plaintiff

APPROVED:

_____
Andrew L. Quittner
Assistant City Attorney
P.O. Box 9277
Corpus Christi, Texas 78471
(361) 880-3360 office
(361) 880-3239 fax
State Bar No. 16439975
Southern District No. 17001