IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f | § | |
| ROSE V. | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: C-00-021 |
| | § | |
| CORPUS CHRISTI INDEPENDENT | § | |
| SCHOOL DISTRICT AND CITY OF | § | |
| CORPUS CHRISTI, TEXAS | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Be it remembered that on this day came on for consideration the above referenced and numbered cause. The Plaintiff Rose V. by and through her attorney Les Cassidy, and The City of Corpus Christi, Defendant, have announced that they have stipulated to the dismissal of this cause without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. This Court having considered the same is of the opinion that such stipulation should be entered and an order of dismissal without prejudice granted.

It is therefore ordered that this cause be dismissed without prejudice and that each party bear their own costs.

So ordered this 8TH day of December, 2000.

_____
UNITED STATES DISTRICT JUDGE