IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 13 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CHRISTOPHER E.P., b/n/f ROSE V. | § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO: C-00-021 NONJURY |
| CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT AND CITY OF CORPUS CHRISTI, TEXAS | § § § § § | |
| Defendants | § | |

## JUDGMENT

This matter came for hearing before the United States District Court and it having been announced that all matters of fact and things in controversy have been fully and finally settled between Plaintiff Christopher E.P., b/n/f Rose V. and Defendant Corpus Christi Independent School District (Defendant CCISD), it is

ORDERED AND ADJUDGED that Plaintiff take nothing in this matter from Defendant CCISD, as to matters between Plaintiff and Defendant CCISD.

SIGNED this 11th day of December, 2000.

U. S. District Judge

O:\ATTYS\Ssb\cases\Rose\Plead\motion for judgment.wpd